

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 21 1997

Michael N. Milby, Clerk

| | | |
|---|---|---|
| EXXON CORPORATION, ET AL | § | |
| Plaintiffs | § | |
| vs. | § | CIVIL ACTION NO. H-96-3795 |
| | § | |
| MOBIL OIL CORPORATION, ET AL | § | |
| Defendants. | § | |

## ORDER FOLLOWING SCHEDULING CONFERENCE
## HELD ON JANUARY 14, 1997 AT 4:45 P.M.

| APPEARANCE FOR PLAINTIFF(S) | APPEARANCE FOR DEFENDANT(S) |
|---|---|
| Paul Mitchell | David Lee Burgert |
| Tom Adolph | John B. Williams |
| Michael Wilson | Bragg Maag |
| | Patrick Coynes |
| | Doug Baldridge |

THE FOLLOWING SCHEDULE SHALL GOVERN THE DISPOSITION OF THIS CASE:

| | |
|---|---|
| NEW PARTIES\CLASS ALLEGATIONS BY: | None |
| PLAINTIFF'S EXPERTS TO BE DESIGNATED BY: | May 30, 1997 |
| REPORT FURNISHED BY: | May 30, 1997 |
| DEFENDANT'S EXPERTS TO BE DESIGNATED BY: | July 15, 1997 |
| REPORT FURNISHED BY: | July 15, 1997 |
| DISCOVERY TO BE COMPLETED BY: | August 29, 1997 |
| DISPOSITIVE MOTIONS DUE BY: | September 30, 1997 |
| JOINT PRETRIAL ORDER DUE BY: | November 3, 1997 |
| DOCKET CALL TO BE HELD AT 11:30 A.M. ON: | November 3, 1997 |
| ESTIMATED TRIAL TIME:    15 days | Jury |

#13

THE FOLLOWING RULINGS WERE MADE:

The parties have not completed the initial disclosures and are, therefore, directed to do so, pursuant to FRCP 26(f) on or before February 14, 1997.

While a structure for mediation has been explored, the process is yet to begin. Some discovery may be necessary. However, the Court encourages the parties to explore the possibilities after February 14.

The defendants' motion for a more definite statement (#7) is denied without prejudice.

THE CLERK IS DIRECTED TO FILE THIS ORDER AND MAIL COPIES TO THE PARTIES.

IT IS SO ORDERED.

KENNETH M. HOYT
United States District Judge

2