IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

EXXON CORPORATION, and EXXON §
CHEMICAL PATENTS, INC., §
 §
 *Plaintiffs,* §
 § CIVIL ACTION NO. H-96-3795
v. §
 § (JURY REQUESTED)
MOBIL OIL CORPORATION, and §
MOBIL CHEMICAL COMPANY INC., §
 §
 *Defendants.* §

JUL 0 8 1997

Michael N. Milby, Clerk

## AMENDED SCHEDULING ORDER

THE FOLLOWING AMENDED SCHEDULE SHALL GOVERN THE DISPOSITION OF THIS CASE:

| | |
|---|---|
| NEW PARTIES\CLASS ALLEGATIONS BY: | None |
| PLAINTIFF'S EXPERTS TO BE DESIGNATED BY: | July 18, 1997 |
| REPORT FURNISHED BY: | July 18, 1997 |
| DEFENDANT'S EXPERTS TO BE DESIGNATED BY: | August 22, 1997 |
| REPORT FURNISHED BY: | August 22, 1997 |
| PLAINTIFF'S REBUTTAL EXPERTS TO BE DESIGNATED BY: | September 12, 1997 |
| REPORT FURNISHED BY: | September 12, 1997 |
| DISCOVERY TO BE COMPLETED BY: | October 17, 1997 |
| DISPOSITIVE MOTIONS DUE BY: | September 30, 1997 |
| JOINT PRETRIAL ORDER DUE BY (Unchanged): | November 3, 1997 |

DOCKET CALL TO BE HELD AT 11:30 A.M. ON
(Unchanged):                                              November 3, 1997

ESTIMATED TRIAL TIME:     15 days          Jury

THE CLERK IS DIRECTED TO FILE THIS ORDER AND MAIL COPIES TO THE PARTIES.

IT IS SO ORDERED.

SIGNED at Houston, Texas on _July 7_, 1997.

KENNETH M. HOYT
United States District Judge