IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Clerk, U.S. District Court
Southern District of Texas
ENTERED

OCT 1 5 1997

Michael N. Milby, Clerk

| | |
|---|---|
| EXXON CORPORATION and EXXON CHEMICAL PATENTS, INC., § § § *Plaintiffs*, § § v. § § MOBIL OIL CORPORATION and § MOBIL CHEMICAL COMPANY INC., § § *Defendants*. § | CIVIL ACTION NO. H-96-3795 (JURY REQUESTED) |

## ORDER

Marta E. Gross of the law firm of Fish & Neave, 1251 Avenue of the Americas, New York, NY 10020, telephone number (212) 596-9000, is granted leave of Court to appear as co-counsel for Plaintiff Exxon Corporation and Exxon Chemical Patents in this action.

SIGNED this the _14th_ day of October, 1997.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

